JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
LISA C. CARTIER GIROUX
Assistant United States Attorney
Nevada Bar Number 14040
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
Lisa.Cartier-Giroux@usdoj.gov

Attorney for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 2:20-cr-00126-APG-VCF |
| vs. | **MOTION TO UNSEAL ECF NO. 171 & 172** |
| RICARDO DENSMORE | |

THE UNITED STATES OF AMERICA, by and through JASON M. FRIERSON, United States Attorney, and Lisa C. Cartier Giroux, Assistant United States Attorney, hereby moves the Court to unseal docket entries at ECF No. 171 & 172. The docket entries were sealed due to an active warrant for Defendant Densmore's arrest. Defendant's appearance on the warrant and the violation is scheduled for today in the Eastern District of Michigan (EDMI). Counsel for the government in EDMI advised the undersigned that the Magistrate Judge in that district has requested that the petition be unsealed. The government has consulted with counsel for Defendant Densmore and she is in agreement.  As the potential consequences of public access to the warrant information and materials no longer exist, the government respectfully requests that the Court unseal the docket entries. *Times Mirror Co. v. United States*, 873 F.2d 1210, 1219 (9th Cir. 1989).

Dated this 8th day of June, 2022.

Respectfully Submitted,

JASON FRIERSON
United States Attorney

By: _____/s/_____
LISA C. CARTIER GIROUX
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>RICARDO DENSMORE )<br>)<br>)<br>)<br>)<br>) | Case No.:  2:20-cr-00126-APG-VCF<br><br>**ORDER UNSEALING ECF NO. 171 & 172** |

    Based on the Motion of the United States, and good cause appearing therefore, IT IS HEREBY ORDERED that docket entries at ECF No. 171 and 172 shall be UNSEALED.

DATED this 8th day of June 2022.


_____
UNITED STATES MAGISTRATE JUDGE