IVETTE AMELBURU MANINGO, ESQ.
Nevada Bar Number 7076
THE LAW OFFICES OF IVETTE AMELBURU MANINGO
400 S. 4th St. Suite 500
Las Vegas, Nevada 89101
Phone: (702) 793-4046
Fax: (844) 793-4046
Email: iamaningo@iamlawnv.com
*Attorney for Defendant Densmore*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>RICARDO DENSMORE,<br><br>      Defendant. | Case No. 2:20-cr-00126-APG-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for Plaintiff the United States of America, and Ivette Amelburu Maningo, counsel for Ricardo Densmore, that the Sentencing Hearing currently scheduled for the 23rd day of June, 2022, be vacated and set to a date and time convenient to this Court, but no sooner than fourteen (14) days from the date currently scheduled for sentencing.

The Stipulation is entered into for the following reasons:

1.      There is currently a motion pending requesting that Mr. Densmore be permitted to appear at sentencing via video. (ECF 196). However, should the Court decide Defendant Densmore must appear in person for sentencing, Mr. Densmore needs additional time to make travel arrangements and cover the expense of travel.

2. The Defendant is not currently in custody and does not object to the continuance.

3. The additional time requested herein is not sought for purposes of delay.

4. All parties agree to the continuance.

5. This is the first stipulation to continue filed herein.

DATED this 13th day of June, 2022.

The Law Offices of
Ivette Amelburu Maningo

By: _/s/ Ivette Amelburu Maningo_____
IVETTE AMELBURU MANINGO, ESQ.
Attorney for Defendant
Enrique Martinez

By: _/s/ Lisa Cartier-Giroux_____
LISA CARTIER-GIROUX, ESQ.
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

RICARDO DENSMORE,

      Defendant.

Case No. 2:20-cr-00126-APG-VCF

**ORDER**

**ORDER**

     Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

     1.     There is currently a motion pending requesting that Mr. Densmore be permitted to appear at sentencing via video. (ECF 196). However, should the Court decide Defendant Densmore must appear in person for sentencing, Mr. Densmore needs additional time to make travel arrangements and cover the expense of travel.

     2.     The Defendant does not object to the continuance.

     3.     The parties agree to the continuance.

     4.     The additional time requested herein is not sought for purposes of delay, but merely to Defendant Densmore sufficient time within to make travel arrangements and cover the costs of same should he be required to appear in person for sentencing.

     IT IS FURTHER ORDERED that the Sentencing Hearing currently scheduled for the 23rd day of June, 2022, at the hour of 9:30 a.m., be vacated and continued to _21st_ day of ___July 21__, __2022__ at the hour of _1:30 p.m._ in Courtroom 6C.

DATED: June 13, 2022

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3