UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br>v.<br><br>RICARDO DENSMORE,<br><br>    Defendant | Case No. 2:20-cr-00126-APG-VCF<br><br>**Order Denying Motion to Appear at Sentencing via Video**<br><br>[ECF No. 196] |

Defendant Ricardo Densmore moves for permission to appear by video at his sentencing hearing. ECF No. 196. The Government opposes.

Video appearances for pleas and sentencings are strongly disfavored. However, under Amended Temporary General Order 2020-05 (03/28/22), I may allow a video appearance if Mr. Densmore has tested positive for COVID-19 or is "immunocompromised or otherwise at higher risk of contracting COVID-19 . . . ." Mr. Densmore does not meet either of these conditions. And given Mr. Densmore's recent arrest, I am considering ordering him detained after sentencing under 18 U.S.C. § 3143(a).

I THEREFORE ORDER that Mr. Densmore's motion **(ECF No. 196) is DENIED**. Mr. Densmore shall appear in person for his sentencing hearing scheduled for July 21, 2022, at 1:30 p.m.

DATED THIS 22nd day of June, 2022.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE