EXHIBIT A

To whom it may concern,

Ricky has been a absolute delight to have as a son. I am aware that Ricky has and is going through a lot, for a young man of his age it is not typical to have had a birth family, several foster families and then finally back to where you were originally was born.

To be in this place and still feel as if you are a orphan. In the beginning of me meeting Ricky to now of course I've met more than one personality.

With everything that I have learned about Ricky, I am a proud mom even if I am not his birth mom.  Ricky faces many challenges currently with emotions and trust. ( understandably )

Ricky has come a long way with being in Michigan, he is smart, strong, intelligent, and when living in my home had no problems with contributing to the home.

I believe Ricky has multiple emotional problems that needs to be addressed that he may not easily admit. However, he still maintains a legit job, with a positive attitude. Ricky was working two jobs at one time to keep his self busy, not sure if he is still holding the second job.

 I have concerns about who he chooses to surround himself with, but these are Ricky choices.

He is a great man, he exceeds my expectations of what a son should look like and or be. I have three adult sons and he was able to teach each one of them a skill that they currently use now. My oldest son is more aware of how to respect space when sharing a room because of Ricky, my younger son was able to appreciate and maintain his job because Ricky taught him how to get to work on his own without depending on people basically showing him walk or catch the bus when moms is not around…. gave him the motivation to want to do it, he saw Ricky work and buy a car all in his first three months.

We had family time and family days he was apart of something positive and Ricky was beaming of joy.

Ricky is also a great with my daughter, they were able to form a brother / sister relationship I know my daughter is very happy to have another brother she can reach out to.

If I could have submitted pictures of us and him with his dad I would.

Ricky is great son to have and me and his dad will be heart broken to see him leave us for a long period of time.

Honorable Judge:

Your Honor i am well aware of the situation, and honestly speaking writing this letter to you so you will have a better understanding of how my son grew up. The courts has portrayed something completely different than that which is true. We do want you to have a true sense of how Richardo grew up and his sense of family. My son Ricardo grew up to the age of five in a very family oriented setting with a father and a mother and a huge extended family.Richardo is my 1st son who was born 2 months early a premie who was almost 4 pounds he had to have A colostomy bag which is an opening in the large intestine, or the surgical procedure that creates one. The opening is formed by drawing the healthy end of the colon through an incision in the anterior abdominal wall and suturing it into place. He had the surgical procedure at 3 days old and fit in the palms of my hands I knew he was special then he has 8 younger siblings two sisters and six brothers. Richardo grew up in a loving setting his first five years of life. We lived Ann Arbor, MI and in young age till adult years In Las Vegas with Forster/ adoptive mother Where he was abused Richardo and his young sister A'sha and his unborn sister Shanell was stripped away from me because I was a child myself As a child he played with his sibling and with all the neighborhood children. Our house was always the house to be in, as the boys loved playing sports and all kinds of games. He especially loved playing basketball. He always enjoyed karate and skateboarding as he grew. Richardo became extremely proficient in music and rapping.He did rap music and had quite a following.Holidays were always celebrated with family (aunts, uncles, grandparents, cousins and friends). It was nothing new in our home. Richardo found me fifteen years later at the age of 20 the most beautiful person on the inside and out that I have ever met has the most incredible sense of humor. When the boys or family members get together he just makes you crack up and laugh. He loves his little brothers so much and they look up to him. Ricky was a little wild when he came back in my life but nothing major over the years he has definitely blossomed into this great young man. I know my son Richardo Densmore very well. I know him to be an honest, compassionate, and loving family man. He is very hardworking i I know the trouble Richardo is in because he shared his problems with me and he admitted his misconduct. I am helping out in solving his problems. For me, Richardo is a great young man and he works hard to be greater. He understands and regrets his lawlessness. He is willing to learn a  lesson from his mistakes and move on in his life. Richardo admits the crime he participated in.For me, he is a nice person who always played the role of a good son in my life. I know that he has changed and be a even greater person after this mishap.

    Thank you for your time your Honor