Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**May 7, 2025**

Name of Offender: **Ricardo Densmore**

Case Number: **2:20CR00126**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **August 4, 2022**

Original Offense: **Civil Disorder**

Original Sentence: **24 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **June 28, 2024**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Alcohol Monitoring- You must complete Alcohol Monitoring up to an additional 30 days, as approved and directed by your probation officer.**

## CAUSE

On January 2, 2025, your Honor signed a request to modify conditions of supervision to include alcohol monitoring for a period of 90 days after Mr. Densmore was arrested in violation of NRS 484C.110 Driving under the Influence of Alcohol. Mr. Densmore was presented with a Prob 49, Waiver of Hearing, and agreed to the modification December 30, 2024.

On January 17, 2025, Densmore began his 90 days on alcohol monitoring, Densmore submitted to all tests without incident and has participated in monitoring without major issues. However, on March 24, 2025, the undersigned received notification that Densmore submitted to his breathalyzer and tested positive for alcohol. The undersigned reached out to Mr. Densmore to

RE: **Ricardo Densmore**

Prob12B
D/NV Form
Rev. June 2014

discuss the positive test and initially Densmore informed the undersigned that he had just used mouthwash. The undersigned further communicated that he had alcohol in his system for two hours and confirmed with the third-party contractor that the use of mouthwash would not remain in the system for that long. Densmore admitted he had been drinking the night before and hoped that the alcohol would be out of his system in time for his first test.

The undersigned notified Your Honor of Mr. Densmore's positive alcohol test on March 31, 2025, and to date Mr. Densmore has not tested positive for alcohol since. However, since the last notification, Densmore failed to submit six alcohol tests. Without the ability to verify Densmore's blood alcohol level at the time of the missed tests, there is no way to verify if Densmore was under the influence of alcohol.

On April 11, 2025, Densmore reported to the probation office as instructed and met with Senior United States Probation Officer Mummey, the equipment specialist, to discuss the six missed tests after arguing with undersigned that it was impossible for him to have missed six more tests. After Mr. Densmore met with Officer Mummey, Densmore admitted to the missed tests and stated that his missed or late submissions was not in hopes of circumventing positive alcohol tests, but due to oversleeping or forgetfulness. The undersigned stated that in order to address the positive test from March 24th, and the six failures to test, the undersigned would request a 30-day extension.

On April 16, 2025, Densmore was presented with a Prob 49, Waiver of Hearing, agreeing to submit to another 30 days of alcohol monitoring. As witnessed by his signature on the supplemental document, he is in agreement with the modification. At this time, the undersigned would like to update the Court on Mr. Densmore's status, should any other pertinent information occur pertaining this matter, the undersigned will promptly notify the Court.

Respectfully submitted,

Digitally signed by Amanda Stevens
Date: 2025.05.08 07:23:56 -07'00'

Amanda Stevens
United States Probation Officer

Approved:

Digitally signed by Donnette Johnson
Date: 2025.05.07 18:05:35 -07'00'

Donnette Johnson
Supervisory United States Probation Officer

RE: **Ricardo Densmore**

Prob12B
D/NV Form
Rev. June 2014

---

### *THE COURT ORDERS*

☐     No Action.

☐     The extension of supervision as noted above.

☑     The modification of conditions as noted above

☐     Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------


_____
Signature of Judicial Officer

May 9, 2025
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Alcohol Monitoring-** **You must complete Alcohol Monitoring up to an additional 30 days, as approved and directed by your probation officer.**

Witness _____   Signed _____
U.S. Probation Officer            Probationer or Supervised Releasee

Digitally signed by Amanda Stevens
Date: 2025.04.16 13:46:41 -07'00'

_04/16/2025_____
Date