ADDENDUM TO PETITION (Probation Form 12)
RE: Ricardo Densmore
Case No.:  2:20CR00126
October 6, 2025

The Honorable Andrew P. Gordon, Chief United States District Judge
Las Vegas

Honorable Judge:

Reference is made to the Probation Form 12, dated August 21, 2025, alleging violations of supervision.  We are requesting that the petition be amended to include the following:

4. **Remote Alcohol Detection** – The person under supervision must participate in the Remote Alcohol Detection Program until October 14, 2025, must abide by all technology requirements.  The person under supervision is to refrain from any use of alcoholic beverages.  The person under supervision must follow all program rules and must pay the cost of the program based upon their ability to pay, including equipment loss or damage, as directed by the court and/or the officer.

    C. On October 4, 2025, Densmore submitted to a positive alcohol test at 07:23 AM. Densmore continued to submit positive alcohol tests in twenty increments until he was able to submit a compliant alcohol test at 11:57 AM, with a BAC of 0.008. Densmore admitted to his assigned officer he had several drinks the night before.

## EVALUATIVE SUMMARY

On September 29, 2025, Mr. Densmore appeared before Magistrate Judge Daniel Albregts in his initial appearance in the petition for warrant filed on August 21, 2025. Mr. Densmore self-surrender to the United States Marshals (USMS) office the morning of September 29, 2025, to address the pending allegations before the Court.

At the time of his initial appearance, the government nor probation sought detention pending revocation being that Densmore self-surrendered and did not pose as flight risk. The probation office did request conditions to minimize risk to the community, given Densmore's recent history with alcohol. Magistrate Judge Daniel Albregts ordered that Densmore participate in alcohol monitoring and that he be restricted from operating a motor vehicle pending his final revocation before the Honorable Andrew Gordon set for October 14, 2025. Densmore agreed to the modifications and was directed to report to the probation office following his release from USMS custody.

Densmore reported to the probation officer as directed, the undersigned officer provided Densmore with the rules and expectations of the alcohol monitoring program. It should be noted that from January 2025 to April of 2025 Densmore participated in alcohol monitoring

ADDENDUM TO PETITION (Probation Form 12)
RE: Ricardo Densmore

successfully and was aware the expectations of the fashioned condition. Further, Densmore signed a participant agreement on September 29, 2025, acknowledging his understanding of the expectations of the program.

On October 4, 2025, the undersigned received notification that Densmore had submitted to a positive test at 7:23 AM with a BAC of 0.058. The undersigned continued to receive positive alcohol notifications until 11:57 AM, when Densmore finally submitted a complaint test with a BAC 0.008. The undersigned spoke with Mr. Densmore regarding the positive test, and he admitted to consuming alcohol the night before. After a lengthy discussion with Densmore, the undersigned instructed him to contact to his attorney.

Densmore has shown a contemptuous attitude toward the goals of supervision and continues to treat the conditions of supervision as optional. Densmore is not achieving the goals of supervised release to the best of his ability. The revocation hearing is currently scheduled for October 14, 2025. If Your Honor believes an alternative course of action is appropriate given this history, please notify the undersigned officer.

Respectfully submitted,

Digitally signed by Amanda Stevens
Date: 2025.10.07 08:09:36 -07'00'

Amanda Stevens
United States Probation Officer

Approved:

Digitally signed by Donnette Johnson
Date: 2025.10.06 14:15:55 -07'00'

Donnette Johnson
Supervisory United States Probation Officer